UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA                     CASE NO. 3:12-cr-178-J-32JRK
v.
ROBERT HOHMAN
a/k/a "bohoh"

**Counsel for Government:**              **Counsel for Defendant:**
Malisa Chokshi                            James Craig Williams

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**
**Courtroom Deputy:** Emily A. Morin          **U.S. Pretrial:** Patrick Sheridan
**Court Reporter:** Shannon Bishop            **U.S. Probation:** Joshua Blakely

## CLERK'S MINUTES

**PROCEEDINGS OF SENTENCING:**

| | | |
|---|---|---|
| ___ | United States' witnesses: | _____ |
| X | Defendant's witnesses: | William B. Hughes, Richard Donald Connor, Jr., Kathy Hobbs |
| ___ | United States' exhibits filed in evidence: | _____ |
| ___ | Defendant's exhibits filed in evidence: | _____ |
| X | Plea previously accepted. | |
| X | Defendant adjudged guilty on Count **Three of the Indictment** | |
| X | Imprisonment: **SIXTY (60) MONTHS** | |
| X | Court recommends confinement at: **FCI Coleman** | |
| X | Court recommends to the BOP that they consider the defendant's age and medical conditions. | |
| X | Court recommends to the BOP that defendant be evaluated and enroll in an alcohol treatment program. | |
| X | Court recommends to the BOP that defendant receive mental health treatment specializing in sexual offender treatment. | |
| X | Supervised Release: **FIVE (5) YEARS** | |
| ___ | Probation: _____ | |
| X | Special Assessment: **$100.00** to be paid immediately. | |
| ___ | Restitution: _____ | |
| X | Special conditions of supervised release/probation: | |

    __X__ Defendant shall participate as directed in a mental health program specializing in sexual offender treatment and submit to polygraph testing.
    __X__ Defendant shall register with the state sexual offender registration agency in any state where he resides, visits, is employed, carries on a vocation, or is a student. The probation officer shall provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes.
    __X__ Defendant shall have no direct contact with minors and shall refrain from entering into any area where children frequently congregate, however, the probation officer should work out a system in which defendant can visit and be in the company of his grandchildren.
    __X__ Defendant is prohibited from possessing, subscribing to, or viewing, any video, magazines, or literature depicting children in the nude and/or in sexually explicit positions.
    __X__ Defendant shall not possess or use a computer with access to any online service at any location (including employment) without written approval from the probation officer.
    __X__ Defendant shall submit to a search of his person, residence, place of business, any storage units under his control, computer, or vehicle.
    __X__ Defendant shall cooperate in the collection of DNA as directed by the probation officer.

__X__ Counts **One, Two, and Four of the Indictment** are dismissed pursuant to the Plea Agreement.
__X__ Defendant is remanded to the custody of the U.S. Marshal.
_____ Defendant shall surrender to the designated institution as notified by the U.S. Marshal.
__X__ Defendant advised of right to appeal and to counsel on appeal.
_____ Other: _____

DATE: November 26, 2013      TIME: 9:35 a.m. - 12:21 p.m.      TOTAL: 2 Hours, 46 Minutes